# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

STEVEN R. RETTLER

    Plaintiff,

    v.                                             Case # 07-C-1126

WATTERS PLUMBING INCORPORATED
and DARREN HUFF,

    Defendants,

## ORDER

On October 29, 2008, a mediation was conducted in the above-captioned action which resulted in resolution of the matter. Accordingly,

**NOW, THEREFORE, IT IS HEREBY ORDERED** that this case be and hereby is returned to United States District Judge William C. Griesbach for entry of an appropriate order of dismissal after the parties finalize settlement documents.

Dated at Green Bay, Wisconsin, this   30th   day of October, 2008.

                                              BY THE COURT:

                                                s/James R. Sickel
                                              James R. Sickel
                                              United States Magistrate Judge